UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MARGARITA DE JESUS GARCIA et al., :
:
                Plaintiffs, :
:
  - against - :
:
SAIGON GOURMET RESTAURANT, INC. :
et al., :
:
                Defendants. :
------------------------------------X

08 Civ 10727

**CONDITIONAL**
**ORDER OF DISCONTINUANCE**

[Stamp: USDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: 9-11-09]

**VICTOR MARRERO, United States District Judge.**

    Counsel for plaintiffs, on behalf of the parties, having notified the Court, by copy of a letter dated September 10, 2009, a copy of which is attached, that the parties have reached an agreement in principle to settle this action without further litigation, it is hereby

    **ORDERED**, that this action be conditionally discontinued without prejudice and without costs; provided, however, that within thirty (30) days of the date of this Order, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order. Otherwise, within such time counsel for plaintiff may apply by letter for restoration of the action to the active calendar of this Court in the event by the deadline indicated the settlement is not consummated. Upon such notification, the defendant shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket and the parties shall be directed to appear before the Court, without the necessity

of additional process, on a date within thirty days of the plaintiff's application for reinstatement, to schedule remaining pre-trial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice in the event plaintiff has not requested restoration of the case to the active calendar within such period of time.

Any further conferences with the Court scheduled in this action are canceled but shall be rescheduled as set forth above in the event plaintiff notifies the Court that the parties' settlement was not effectuated and that such conference is necessary to resume pretrial proceedings herein.

The Clerk of Court is directed to close this case.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         11 September 2009

_____
VICTOR MARRERO
U.S.D.J.